# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Jonathan Millard Robinson**

Case Number: **2:21CR00161**

Name of Sentencing Judicial Officer: **Honorable Graham Calder Mullen**

Date of Original Sentence: **March 19, 2003**

Original Offense: **Conspiracy to Possess With Intent to Distribute, and Distribute, Cocaine Base**

Original Sentence: **151 Months prison, followed by 120 Months TSR.**

Date Supervision Commenced: **December 21, 2011**

Date Jurisdiction Transferred to District of Nevada: **June 10, 2021**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **The defendant shall not commit another federal, state, or local crime.**

   A. On June 7, 2021, Jonathan Robinson was arrested by the Las Vegas Metropolitan Police Department for committing the offenses of Possess, Manufacture, or Dispose of Short-Barreled Rifle or Shotgun, a felony, in violation of NRS 202.275, Own or Possess Firearm by Prohibited Person, a felony, in violation of NRS 202.360.1, and three (3) counts of Possess with Intent to Sell Schedule I or II Controlled Substance, Flunitrazepam/GHB, 1st, a felony, in violation of NRS 453.337.

RE: Jonathan Millard Robinson

Prob12C
D/NV Form
Rev. March 2017

> On the aforementioned date at approximately 4:33 p.m., probation officers with the U.S. Probation Office for the District of Nevada invoked Robinson's search condition. During the search, 346.8 gross grams of MDMA, 46.5 gross grams of cocaine, 601.8 gross grams of marijuana, clear baggies, a scale, $11,590.00 in U.S. currency, a black iPhone, ammunition and magazine, a short barreled AR style rifle, a tan GH Armor ballistic vest, and a pill bottle bearing Robinson's name containing marijuana were all recovered from Robinson's residence.

B. Robinson committed the offense of Felon in Possession of Ammunition, a violation of 18 U.S. Code § 922(g)(1) and 924(a)(2).

> On June 7, 2021, Robinson possessed a grey box with label "Seahorse" on top which contained 1 magazine with multiple 5.7 mm rounds of ammunition, 3 magazines with each magazine containing multiple .223 rounds of ammunition, approximately 38 5.7 mm rounds of ammunition loosely in the box, 1 9 mm round loose in the box, and one .22 caliber round loose in the box, which was discovered during a search of Robinson's residence.

C. Robinson committed the offense of Prohibition on Purchase, Ownership, or Possession of Body Armor by Violent Felons, a violation of 18 U.S. Code § 931.

> On June 7, 2021, Robinson possessed a tan GH Armor ballistic vest which was discovered during a search of Robinson's residence.

D. On January 31, 2021, Robinson was cited by Las Vegas Metropolitan Police Department officer for committing the offense of Destroy Property of Another, $25-$250, a misdemeanor, in violation of NRS 206.310.

> On the aforementioned date at approximately 11:30 a.m., Robinson was cited for grabbing the victim's phone and throwing it. The phone was a black LG cellphone, valued at approximately $70.00. On April 5, 2021, Robinson failed to appear for his arraignment in Las Vegas Justice Court and a bench warrant was issued.

2. **The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.**

On June 7, 2021, Robinson possessed a short-barreled AR style rifle which was discovered during a search of Robinson's residence.

3. **The defendant shall refrain from excessive use of alcohol in shall not unlawfully purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as duly prescribed by a licensed physician.**

On May 14, 2021, Robinson tested positive for cocaine.

RE: Jonathan Millard Robinson

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **June 10, 2021**

Annis C. Seopaul Sones
2021.06.10 15:39:06
-07'00'

_____
Annis C. Seopaul Sones
United States Probation Officer

Approved:

2021.06.10
15:36:51 -07'00'

_____
Todd J. Fredlund
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

☐   No Action.
☒   The issuance of a warrant.
☐   The issuance of a summons.
☐   Other:

_____
Signature of Judicial Officer

    June 11, 2021
Date

RE: Jonathan Millard Robinson

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. JONATHAN MILLARD ROBINSON, 2:21CR00161

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### June 10, 2021

On April 2, 2003, Jonathan Robinson was sentenced in the Western District of North Carolina to 151 months imprisonment followed by 10 years supervised release for committing the offense of Conspiracy to Possess With Intent to Distribute, and Distribute, Cocaine Base. On December 21, 2011, Robinson commenced supervision in the Central District of California. Jurisdiction of his case was transferred to the Central District of California on August 14, 2015. On November 27, 2018, Robinson's supervised release was transferred to the District of Nevada. On June 10, jurisdiction of supervision was transferred to the District of Nevada.

The undersigned officer recently became aware of a citation that was issued to Robinson. On January 31, 2021, Robinson was cited by the Las Vegas Metropolitan Police Department for committing the offense of Destroy Property of Another, $25-$250, a misdemeanor, in violation of NRS 206.310.

On the aforementioned date, Robinson was cited for grabbing the victim's phone and throwing it. The phone was a black LG cellphone, valued at approximately $70.00. On April 5, 2021, Robinson failed to appear for his arraignment in Las Vegas Justice Court and a bench warrant was issued.

On May 14, 2021, Robinson reported to the Probation Office to submit to a drug test. The test was presumptive positive for cocaine and was sent to the laboratory for confirmation. Robinson reported that he had not used cocaine. He stated he was too close to completing 10 years of supervision to mess up now. Later that afternoon, Robinson texted the undersigned officer asking what would be the worst-case scenario that he would look at if the test came back positive for cocaine. On May 23, 2021, the test was confirmed positive by the National Laboratory.

On June 7, 2021, Jonathan Robinson was arrested by Las Vegas Metropolitan Police Department (LVMPD) officer for committing the offenses of Possess, Manufacture, or Dispose of Short-Barreled Rifle or Shotgun, a felony, in violation of NRS 202.275, Own or Possess Firearm by Prohibited Person, a felony, in violation of NRS 202.360.1, and three (3) counts of Possess with Intent to Sell Schedule I or II Controlled Substance, Flunitrazepam/GHB, 1st, a felony, in violation of NRS 453.337.

On the aforementioned date, probation officers with the U.S. Probation Office for the District of Nevada invoked Robinson's search condition based on information received by the undersigned officer. During the search, 346.8 gross grams of MDMA, 46.5 gross grams of cocaine, 601.8 gross grams of marijuana, clear baggies, a scale, $11,590.00 in U.S. currency, a black iPhone, ammunition and magazine, a short barreled AR style rifle, a tan GH Armor ballistic vest, and a

RE: Jonathan Millard Robinson

Prob12C
D/NV Form
Rev. March 2017

pill bottle bearing Robinson's name containing marijuana were all recovered from Robinson's residence.

A grey box with label "Seahorse" on top which contained one (1) magazine with multiple 5.7 mm rounds of ammunition, three (3) magazines with each magazine containing multiple .223 rounds of ammunition, approximately 38 5.7 mm rounds of ammunition loosely in the box, one (1) 9 mm round loose in the box, and one (1) .22 caliber round loose in the box, which was discovered during a search of Robinson's residence.

LVMPD obtained a telephonic search warrant to seize all contraband located within Robinson's residence, as well as to execute an additional search of the property. All ammunition, magazines, rifle, and controlled substances were turned over to LVMPD.

On June 8, 2021 Robinson bonded out from the Clark County Detention Center. As of this writing (June 10, 2021), Robinson has not contacted the undersigned officer.

Robinson poses a danger to at least one person in the community based on the citation. He also poses a potential risk to the community in general. Furthermore, based on additional noncompliance as well as his failure to lawfully self-manage his behavior in the community, it appears he has not been deterred by his lengthy custodial sentences and supervised released. He has weapons and ammunition, which is prohibited from possessing, along with controlled substances.

Based upon the allegations of noncompliance listed above, it is respectfully requested that a warrant be issued for Robinson's arrest and that he remains in custody until his revocation hearing before Your Honor.

Respectfully submitted,

Annis C. Seopaul Sones
2021.06.10 15:39:42
-07'00'

Annis C. Seopaul Sones
United States Probation Officer

Approved:

2021.06.10
15:37:16 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer