RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Jonathan Millard Robinson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00161-APG-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| JONATHAN MILLARD ROBINSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Jonathan Millard Robinson, that the Revocation Hearing currently scheduled on July 6, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.　Defense counsel needs additional time to review discovery, conduct investigations, and prepare for the revocation hearing.

2.　The defendant is in custody and agrees with the need for the continuance.

3.　The parties agree to the continuance.

1    This is the first request for a continuance of the revocation hearing.

2    DATED this 2nd day of July, 2021.

3

4    RENE L. VALLADARES                CHRISTOPHER CHIOU
     Federal Public Defender            Acting United States Attorney

5

6
     By */s/ Brandon C. Jaroch*         By */s/ Edward G. Veronda*
7    BRANDON C. JAROCH                  EDWARD G. VERONDA
     Assistant Federal Public Defender  Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

JONATHAN MILLARD ROBINSON,

      Defendant.

Case No. 2:21-cr-00161-APG-DJA

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, July 6, 2021, at 3:00 p.m., be vacated and continued to ___September 1, 2021___ at the hour of __2:00__ p.m. in courtroom 6C; or to a time and date convenient to the court.

    DATED this _6th_ day of July, 2021.

_____

UNITED STATES DISTRICT JUDGE

3