UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN ROBINSON,<br><br>　　　　Defendant. | Case No. 2:21-CR-161-APG-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, September 1, 2021 at 3:00 p.m., be vacated and continued to November 10, 2021, at the hour of 3:00 p.m. in courtroom 6C; or to a time and date convenient to the court.

DATED this 26th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE

3