RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Jonathan Robinson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN ROBINSON,<br><br>    Defendant. | Case No. 2:21-CR-161-APG-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Jonathan Robinson, that the Revocation Hearing currently scheduled on November 10, 2021 at 3:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. The parties have reached a resolution to the revocation as well as some of the underlying conduct giving rise to the petition.

2. The parties are awaiting the Clark County's District Attorney's Office's charging decision and potential resolution of those charges before they proceed with this case.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 27th day of October, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Edward G. Veronda*<br>By_____<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN ROBINSON,<br><br>    Defendant. | Case No. 2:21-CR-161-APG-DJA<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, November 10, 2021 at 3:00 p.m., be vacated and continued to January 5, 2022, at the hour of 2:30 p.m.; or to a time and date convenient to the court.

   DATED this 28th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE

3