UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN ROBINSON,<br><br>    Defendant. | Case No. 2:21-CR-161-APG-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, January 4, 2022 at 2:30 p.m., be vacated and continued to February 22, 2022 at the hour of 2:30 p.m. by video conference.

DATED this 20th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE