RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Jonathan Robinson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-161-APG-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Sixth Request) |
| JONATHAN ROBINSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Jonathan Robinson, that the Revocation Hearing currently scheduled on April 20, 2022 at 1:30 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days and does not fall on dates from June 8, 2022 through June 24, 2022.

This Stipulation is entered into for the following reasons:

1. The parties have reached a resolution to the revocation as well as some of the underlying conduct giving rise to the petition.

2. The parties are awaiting the Clark County's District Attorney's Office's charging decision and potential resolution of those charges before they proceed with this case.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the sixth request for a continuance of the revocation hearing.

DATED this 1st day of April 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Aden Kebede<br>By_____<br>ADEN KEBEDE<br>Assistant Federal Public Defender | /s/ Edward G. Veronda<br>By_____<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JONATHAN ROBINSON,<br><br>  Defendant. | Case No. 2:21-CR-161-APG-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, April 20, 2022 at 1:30 p.m., be vacated and continued to May 24, 2022 at the hour of 9:00 a.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 4th day of April 2022.

_____
UNITED STATES DISTRICT JUDGE