RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Jonathan Robinson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-161-APG-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Seventh Request) |
| JONATHAN ROBINSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Jonathan Robinson, that the Revocation Hearing currently scheduled on May 24, 2022 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The parties have reached a resolution to the revocation as well as some of the underlying conduct giving rise to the petition.

2. Defense counsel needs time to discuss the pending plea agreement in the underlying new case with Mr. Robinson. Mr. Robinson also needs to make his initial appearance in that case.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the seventh request for a continuance of the revocation hearing.

DATED this 19th day of May 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Aden Kebede*<br>By_____<br>ADEN KEBEDE<br>Assistant Federal Public Defender | */s/ Edward G. Veronda*<br>By_____<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JONATHAN ROBINSON,<br><br>  Defendant. | Case No. 2:21-CR-161-APG-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, May 24, 2022 at 9:00 a.m., be vacated and continued to September 7, 2022 at the hour of 9:30 a.m. in Las Vegas Courtroom 6C; or to a time and date convenient to the court.

DATED this 20th day of May 2022.

_____
UNITED STATES DISTRICT JUDGE

3