RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Jonathan Robinson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00161-APG-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Eighth Request) |
| JONATHAN ROBINSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Jonathan Robinson, that the Revocation Hearing currently scheduled on September 7, 2022 at 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The parties have reached a resolution to the revocation as well as some of the underlying conduct giving rise to the petition.

2. Mr. Robinson recently entered a guilty plea in Case No. 2:22-cr-00133-RFB-EJY. Both parties agree that the revocation hearing should follow the sentencing in the new case.

3. Because the joint recommended sentence for the revocation is 12 months consecutive to the sentence in the new case, if this Court follows the parties' joint recommendation, the Court cannot officially enter the sentence until Mr. Robinson is sentenced on the new criminal charges. Additionally, Mr. Robinson cannot admit to the criminal charges in the revocation hearing before the Judgment is entered in the new case.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the eighth request for a continuance of the revocation hearing.

DATED this 22nd day of August, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   */s/ Aden Kebede*<br>By_____<br>ADEN KEBEDE<br>Assistant Federal Public Defender |   */s/ Edward G. Veronda*<br>By_____<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JONATHAN ROBINSON,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00161-APG-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, September 7, 2022 at 9:30 a.m., be vacated and continued to November 9, 2022 at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 24th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE